# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ArmenJr., Robert N. | United States Tax Court | 04/07/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Special Trial Judge | ☐ Nomination     Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 Second St., N.W.
Washington, D.C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee (                    (see Parts VII. & VIII.)) | testamentary trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dominion Resources stock | C | Dividend | L | T | Buy (add'l) | 10/27/14 | K | | |
| 2. AT&T stock | C | Dividend | L | T | | | | | |
| 3. Marathon Oil Corp. stock | C | Dividend | M | T | | | | | |
| 4. Marathon Petroleum Corp. stock | C | Dividend | M | T | | | | | |
| 5. Glaxo-Smith-Klein stock | A | Dividend | J | T | | | | | |
| 6. Prudential Financial Inc. stock | A | Dividend | J | T | | | | | |
| 7. American Electric Power stock | B | Dividend | K | T | | | | | |
| 8. Walt Disney Company stock | A | Dividend | K | T | | | | | |
| 9. Chevron Corporation stock | C | Dividend | M | T | | | | | |
| 10. NRG Energy Inc. stock | A | Dividend | J | T | | | | | |
| 11. Frontier Communication Inc. stock | A | Dividend | J | T | | | | | |
| 12. PPG Industries Inc. stock | B | Dividend | K | T | | | | | |
| 13. PA Power & Light (PPL Corp.) stock | D | Dividend | M | T | | | | | |
| 14. Merck & Company stock | A | Dividend | K | T | | | | | |
| 15. U.S. Steel Corp. stock | A | Dividend | J | T | | | | | |
| 16. CenterPoint Energy Inc. stock | C | Dividend | L | T | | | | | |
| 17. Verizon Communications Inc. stock | D | Dividend | M | T | Buy (add'l) | 10/29/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comcast Corporation stock | A | Dividend | K | T | | | | | |
| 19. Teco Energy Inc. stock | A | Dividend | K | T | | | | | |
| 20. Exxon-Mobil Corp. stock | A | Dividend | K | T | Buy | 10/29/14 | K | | |
| 21. Dreyfus Municipal Bond Fund | C | Dividend | L | T | | | | | |
| 22. Dreyfus Disciplined Stock Fund | C | Dividend | K | T | | | | | |
| 23. Dreyfus GNMA Fund | A | Dividend | K | T | | | | | |
| 24. T. Rowe Price International Stock Fund | B | Dividend | K | T | | | | | |
| 25. T. Rowe Price Capital Appreciation Fund | B | Dividend | K | T | | | | | |
| 26. T. Rowe Price VA Tax-Free Fund | B | Dividend | K | T | Buy (add'l) | 08/04/14 | J | | |
| 27. T. Rowe Price VA Tax-Free Fund | B | Dividend | K | T | Buy (add'l) | 10/16/14 | J | | |
| 28. Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 29. Vanguard Long-Term Bond Fund | D | Dividend | M | T | Buy (add'l) | 02/27/14 | J | | |
| 30. Vanguard Long-Term Bond Fund | D | Dividend | M | T | Buy (add'l) | 10/16/14 | J | | |
| 31. Vanguard International Growth Fund | C | Dividend | L | T | | | | | |
| 32. Vanguard Index Fund - Small Cap Portfolio | C | Dividend | L | T | Buy (add'l) | 02/27/14 | J | | |
| 33. Third Avenue Value Fund | A | Dividend | J | T | | | | | |
| 34. Mairs & Power Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia Value & Restructuring Fund | B | Dividend | K | T | | | | | |
| 36. Columbia Tax-Exempt Fund | B | Dividend | K | T | | | | | |
| 37. DWS Municipal Bond Fund | A | Dividend | K | T | | | | | |
| 38. Delaware Health Care Fund | C | Dividend | L | T | | | | | |
| 39. Fidelity Over-the-Counter Fund | B | Dividend | K | T | | | | | |
| 40. Invesco Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 41. Capital One Bank | B | Interest | L | T | | | | | |
| 42. Senate Federal Credit Union | B | Interest | K | T | | | | | |
| 43. Bank of Scotland/ Halifax PLC (U.K.) | A | Interest | J | T | | | | | |
| 44. U.S. Government obligations | B | Interest | K | T | | | | | |
| 45. Bank of Lancaster | A | Interest | L | T | | | | | |
| 46. Raymond James Bank | B | Interest | L | T | | | | | |
| 47. PNC Bank | B | Interest | K | T | | | | | |
| 48. Aberdeen Emerging Markets Fund (ETF) | A | Dividend | J | T | | | | | |
| 49. Morgan-Stanley Emerging Markets Fund (MSF) | A | Dividend | J | T | | | | | |
| 50. Vanguard REIT Index Portfolio Fund | C | Dividend | L | T | | | | | |
| 51. Vanguard Dividend Growth Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Equity Income Fund | A | Dividend | K | T | | | | | |
| 53. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 54. Vanguard Index Trust - European Stock Portfolio Fund | A | Dividend | K | T | | | | | |
| 55. Vanguard Growth & Income Fund | A | Dividend | J | T | | | | | |
| 56. Vanguard Balanced Index Fund | A | Dividend | J | T | | | | | |
| 57. Vanguard GNMA Fund | A | Dividend | K | T | | | | | |
| 58. Vanguard Long-Term Corporate Bond Fund | B | Dividend | K | T | | | | | |
| 59. Vanguard Health Care Fund | D | Dividend | L | T | Buy (add'l) | 01/10/14 | J | | |
| 60. Vanguard Health Care Fund | D | Dividend | L | T | Buy (add'l) | 03/26/14 | L | | |
| 61. Vanguard Health Care Fund | D | Dividend | L | T | Buy (add'l) | 10/24/14 | K | | |
| 62. Vanguard Energy Fund | A | Dividend | J | T | Buy (add'l) | 01/10/14 | J | | |
| 63. Vanguard Diversified Equity Fund | B | Dividend | K | T | Buy | 03/26/14 | K | | |
| 64. Vanguard Balanced Index Fund | A | Dividend | J | T | Buy | 10/24/14 | J | | |
| 65. Vanguard High Dividend Yield Index Fund | A | Dividend | J | T | Buy | 11/04/14 | J | | |
| 66. Vanguard Mid-Cap Index Fund | A | Dividend | J | T | Buy | 10/24/14 | J | | |
| 67. Hartford Checks & Balances Fund | A | Dividend | | | Sold | 03/20/14 | L | C | |
| 68. Invesco Developing Markets Fund (GTDDX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Select Portfolio Inc. stock | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 70. Diversified Real Asset Inc. stock | A | Dividend | J | T | Buy | 09/09/14 | J | | |
| 71. Diversified Real Asset Inc. stock | A | Dividend | J | T | Sold (part) | 09/24/14 | J | A | |
| 72. Tecumseh Products Company (Class B) stock | A | Dividend | J | T | Sold (part) | 01/03/14 | J | A | |
| 73. Tecumseh Products Company (Class B) stock | A | Dividend | J | T | Sold (part) | 01/22/14 | J | A | |
| 74. DSP Group Inc. stock | A | Dividend | J | T | | | | | |
| 75. Goodrich Petroleum Corp. notes | A | Interest | J | T | | | | | |
| 76. Digital Generation Inc. stock | A | Dividend | | | Sold | 02/10/14 | J | A | |
| 77. Tetra Mechnologies Inc. stock | A | Dividend | | | Sold | 04/24/14 | J | A | |
| 78. Mercer International Inc. notes | A | Interest | | | Redeemed | 11/26/14 | J | A | |
| 79. Clayton Williams Energy Inc. notes | A | Interest | J | T | | | | | |
| 80. MVC Capital Inc. notes | A | Interest | J | T | | | | | |
| 81. Resolute Energy Corp. notes | A | Interest | J | T | | | | | |
| 82. Cenveo Corporation bonds | A | Interest | | | Redeemed | 06/05/14 | J | A | |
| 83. Tower Group Inc. notes | A | Interest | | | Matured | 09/16/14 | J | A | |
| 84. Oxford Lane Capital Corp. stock | A | Dividend | J | T | | | | | |
| 85. BPZ Resources Inc. notes | A | Interest | J | T | Buy | 10/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ultra Petroleum Corp. (Canada) stock | A | Dividend | | | Sold (part) | 01/30/14 | J | A | |
| 87. Ultra Petroleum Corp. (Canada) stock | A | Dividend | | | Sold | 03/31/14 | J | A | |
| 88. Market Vectors Gold Miner ETF TR (GDX) | A | Dividend | J | T | Buy (add'l) | 01/21/14 | J | | |
| 89. Sandstorm Metals & Energy Ltd (Canada) stock | A | Dividend | | | Sold | 06/26/14 | J | A | |
| 90. Appe Inc. stock | A | Dividend | K | T | Sold (part) | 04/30/14 | J | A | |
| 91. Apple Inc. stock | A | Dividend | K | T | Sold (part) | 07/08/14 | J | A | |
| 92. Apple Inc. stock | A | Dividend | K | T | Sold (part) | 08/25/14 | J | A | |
| 93. Apple Inc. stock | A | Dividend | K | T | Buy (add'l) | 10/27/14 | K | | |
| 94. Tesco PLC Ord stock | A | Dividend | | | Sold | 07/22/14 | J | A | |
| 95. Transcept Pharmaceuticals Inc. stock | A | Dividend | | | Sold | 10/31/14 | J | A | |
| 96. Aeropostale stock | A | Dividend | J | T | | | | | |
| 97. Lai Sun Development Company Ltd stock | A | Dividend | J | T | | | | | |
| 98. Tower Group International Inc. stock | A | Dividend | | | Sold | 02/12/14 | J | A | |
| 99. Randgold Res Ltd ADR (Gold) stock (acquire) | A | Dividend | | | Buy | 01/16/14 | J | | |
| 100. Randgold Res Ltd ADR (Gold) stock (sell) | A | Dividend | | | Sold | 04/24/14 | J | A | |
| 101. Compuware Corp. stock (acquire) | A | Dividend | | | Buy | 01/23/14 | J | | |
| 102. Compuware Corp. stock (sell) | A | Dividend | | | Sold | 12/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Weight Watchers International Inc. stock (acquire) | A | Dividend | | | Buy | 01/24/14 | J | | |
| 104. Weight Watchers International Inc. stock (sell) | A | Dividend | | | Sold | 05/01/14 | J | A | |
| 105. Rosetta Stone Inc. stock | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 106. Rosetta Stone Inc. stock | A | Dividend | J | T | Buy (add'l) | 05/13/14 | J | | |
| 107. Rosetta Stone Inc. stock | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 108. Rosetta Stone Inc. stock | A | Dividend | J | T | Buy (add'l) | 08/12/14 | J | | |
| 109. Goodrich Pete Corp. Com NEW stock (acquire) | A | Dividend | | | Buy | 03/04/14 | J | | |
| 110. Goodrich Pete Corp. Com NEW stock (sell) | A | Dividend | | | Sold | 04/15/14 | J | A | |
| 111. BPZ Resources Inc. stock | A | Dividend | J | T | Buy | 03/18/14 | J | | |
| 112. BPZ Resources Inc. stock | A | Dividend | J | T | Buy (add'l) | 06/05/14 | J | | |
| 113. Seachange International Inc. stock | A | Dividend | J | T | Buy | 03/21/14 | J | | |
| 114. Seachange International Inc. stock | A | Dividend | J | T | Buy (add'l) | 04/07/14 | J | | |
| 115. Seachange International Inc. stock | A | Dividend | J | T | Buy (add'l) | 06/10/14 | J | | |
| 116. Seachange International Inc. stock | A | Dividend | J | T | Buy (add'l) | 12/16/14 | J | | |
| 117. Quantum Corp. Com stock (acquire) | A | Dividend | | | Buy | 04/08/14 | J | | |
| 118. Quantum Corp. Com stock (sell) | A | Dividend | | | Sold | 11/21/14 | J | A | |
| 119. Sizmek Inc. stock | A | Dividend | J | T | Buy | 02/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Sizmek Inc. stock | A | Dividend | J | T | Buy (add'l) | 04/28/14 | J | | |
| 121. Sizmek Inc. stock | A | Dividend | J | T | Buy (add'l) | 06/07/14 | J | | |
| 122. Sizmek Inc. stock | A | Dividend | J | T | Buy (add'l) | 10/16/14 | J | | |
| 123. Covisint Corp. stock | A | Dividend | J | T | Buy | 05/13/14 | J | | |
| 124. Covisint Corp. stock | A | Dividend | J | T | Buy (add'l) | 10/16/14 | J | | |
| 125. Athabasca Oil Corp. stock | A | Dividend | J | T | Buy | 06/16/14 | J | | |
| 126. WCI CMNTYS Com stock | A | Dividend | J | T | Buy | 07/14/14 | J | | |
| 127. Enernac Inc. stock | A | Dividend | J | T | Buy | 09/04/14 | J | | |
| 128. Enernac Inc. stock | A | Dividend | J | T | Buy (add'l) | 10/22/14 | J | | |
| 129. Sandstorm Gold Limited Com NEW stock | A | Dividend | J | T | Buy | 11/03/14 | J | | |
| 130. Sandstorm Gold Limited Com NEW stock | A | Dividend | J | T | Buy (add'l) | 12/16/14 | J | | |
| 131. QEP Res Inc. stock | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 132. Vanguard Health Care Fund | A | Dividend | K | T | Buy | 07/07/14 | K | | |
| 133. Vanguard Long-Term Bond Index Fund | A | Dividend | K | T | Buy | 07/07/14 | K | | |
| 134. Vanguard Long-Term Tax-Exempt Fund | A | Dividend | K | T | Buy | 07/07/14 | K | | |
| 135. Vanguard Prime Money-Market Fund | A | Interest | J | T | Buy | 06/26/14 | M | | |
| 136. AT&T stock | A | Dividend | K | T | Buy | 07/10/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Chevron Corporation. stock | A | Dividend | K | T | Buy | 08/01/14 | K | | |
| 138. Dominion Resources stock | A | Dividend | K | T | Buy | 07/10/14 | K | | |
| 139. PA Power & Light (PPL Corp.) stock | A | Dividend | K | T | Buy | 07/10/14 | K | | |
| 140. Roayl Dutch Shell stock | A | Dividend | K | T | Buy | 07/31/14 | K | | |
| 141. Verizon Communications Inc. stock | A | Dividend | K | T | Buy | 07/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. "Positions":

Filer is co-trustee of a testamentary trust [redacted].
  Neither co-trustee is compensated and neither has any equitable interest whatsoever (remote, contingent, or otherwise) in the trust.  Trust assets are all either shares in mutual funds or stock in Fortune 500 companies, as per lines 132-141 of Part VII of this Report and further explanation below.

Part VII. "Investments and Trusts":

Savings accounts and some investments automatically reinvest earnings, adding same to principal.  Brokerage-relataed income is retained and reinvested.  Assets in lines 132-141 are assets held by the trust that is referenced above and in Part I of this report.  Money-market fund (line 135) was initial repository of funds received from estate [redacted] in mid-2014; value of such fund after acquisition of other mutual funds and stocks is now negligible.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Robert N. ArmenJr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544